IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO: 5:17-CV-00018-BO

KCHM, INC. f/k/a FDH, INC, and
AMERISURE INSURANCE COMPANY,

                Plaintiffs,

v.

MID-CONTINENT CASUALTY
COMPANY and NAVIGATORS
INSURANCE COMPANY,

                Defendants.

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANT MID-CONTINTENT CASUALTY COMPANY**

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.3, Defendant, Mid-Continent Casualty Company, makes the following disclosure of corporate affiliations and other entities with a direct financial interest in this litigation.

1.     Is party a publicly held corporation or other publicly held entity?

      Yes __       **No X**

2.     Does party have any parent corporations?

      Yes **X**       No __

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Mid-Continent Casualty Company is a wholly owned subsidiary of Great American Holding, Inc., which is a wholly owned subsidiary of American Financial Group, Inc., which is a publicly held company.

3.     Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

      Yes __       No **X**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

Yes __ No **X**

5. Is party a trade association?

Yes __ No **X**

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A.

**This the 9th day of February, 2017.**

By: */s/C. Rob Wilson*
**C. Rob Wilson**
**HEDRICK GARDNER KINCHELOE &**
**GAROFALO, LLP**
**N.C. State Bar No. 41688**
**P.O. Box 30397**
**Charlotte, NC 28230**
**Telephone: (704) 319-5462**
**Facsimile: (704) 602-8134**
**rwilson@hedrickgardner.com**

**Robert P. Fitz-Patrick**
**Oklahoma State Bar No. 14713**
*Pro Hac Vice Admission Pending*
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
**320 South Boston Avenue, Suite 200**
**Tulsa, OK 74103-3706**
**Telephone: (918) 594-0400**
**Facsimile: (918) 594-0505**
**rfitzpatrick@hallestill.com**

*Attorneys for Defendant Mid-Continent Casualty Company*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2017, I electronically filed the foregoing Corporate Disclosure with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to the persons listed below:

    James C. White – jwhite@ptwfirm.com
    K. Alan Parry – aparry@ptwfirm.com
    Michelle M. Walker – mwalker@ptwfirm.com
    Parry Tyndall White
    100 Europa Drive, Suite 401
    Chapel Hill, NC 27517
    *Attorneys for Plaintiffs*

    Andrew P. Flynt - andrew.flynt@youngmoorelaw.com
    Walter E. Brock - walter.brock@youngmoorelaw.com
    Young Moore and Henderson, P.A.
    P.O. Box 31627
    Raleigh, NC 27622
    *Attorneys for Defendant Navigators Insurance Company*

    By: **/s/*C. Rob Wilson***
        **C. Rob Wilson**
        **HEDRICK GARDNER KINCHELOE & GAROFALO, LLP**
        **N.C. State Bar No. 41688**
        **P.O. Box 30397**
        **Charlotte, NC 28230**
        **Telephone: (704) 319-5462**
        **Facsimile: (704) 602-8134**
        **rwilson@hedrickgardner.com**

        **Robert P. Fitz-Patrick**
        **Oklahoma State Bar No. 14713**
        *Pro Hac Vice Admission Pending*
        **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
        **320 South Boston Avenue, Suite 200**
        **Tulsa, OK 74103-3706**
        **Telephone: (918) 594-0400**
        **Facsimile: (918) 594-0505**
        **rfitzpatrick@hallestill.com**

        *Attorneys for Defendant Mid-Continent Casualty Company*